**LAW OFFICES OF RANDALL S. WAIER**
Randall S. Waier, CSB 75430
20241 Birch Street, Suite 103
Newport Beach, CA 92660
(949) 476-2511

Attorneys for Defendants Ubiquity, Inc.; Chris Carmichael; Connie Carmichael; Brenden Garrison; Henry Blessley; and Nicholas Mitsakos

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Kay Strategies, Inc.**, a Nevada corporation, **Makaiwi & Associates, Inc.**, a Nevada corporation, **Result Corporation**, a Nevada corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>**Ubiquity, Inc.**, a Nevada corporation, **Chris Carmichael**, an individual, **Connie Carmichael**, an individual, **Brenden Garrison**, an individual, **Henry Blessley**, an individual, **Nicholas Mitsakos**, an individual, **Gregg E. Jacklin**, an individual, **Szaferman, Lakind, Blumstein & Blader, P.C.**, a New Jersey professional corporation,<br><br>Defendants. | CASE NO. 15CV2720-H-DHB<br><br>**NOTICE OF WITHDRAWAL OF DOCKET NO. 16** |

Defendants Ubiquity, Inc.; Chris Carmichael; Connie Carmichael; Brenden Garrison; Henry Blessley; and Nicholas Mitsakos hereby withdraw Docket No. 14, which was filed in error.

Dated:   March 18, 2016      **LAW OFFICES OF RANDALL S. WAIER**

By:  <u>*/s/Randall S. Waier*</u>
     Randall S. Waier
     Attorneys for Defendants Ubiquity, Inc.; Chris Carmichael; Connie Carmichael; Brenden Garrison; Henry Blessley; and Nicholas Mitsakos
     E-mail:  admin@waier.com

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record for the Plaintiff's are being served with a copy of this document via electronic mail on this 18th day of March, 2016.

/s/ Randall S. Waier