# EXHIBIT "1"

**From:** Chandler Weeks [mailto:cgw@weeksnelson.com]
**Sent:** Tuesday, March 10, 2015 2:64 PM
**To:** Gregg E. Jaclin; Maria J. Masiello
**Cc:** Kathleen T. O'Brien; Brenden Garrison
**Subject:** Re: UBIQ docs [IWOV-PRODOCS.FID277261]

We have not received copies of the certs. Only a general ledger showing the 600,000 shares.

Chandler

Chandler G. Weeks
WEEKS NELSON
462 Stevens Ave., Suite 310
Solana Beach, CA 92075
(858) 794-2140
Fax (858) 794-2141
cgw@weeksnelson.com

PRIVILEGED AND CONFIDENTIAL NOTICE
This electronic transmission, and any documents attached hereto, may contain confidential
and/or legally privileged information. The information is intended only for use by the recipient
named above. If you have received this electronic message in error, please notify the sender and
delete the electronic message. Any disclosure, copying, distribution, or use of the contents of
information received in error is strictly prohibited.

# EXHIBIT "2"

## DECLARATION CERTIFYING RECORDS
## OF REGULARLY CONDUCTED BUSINESS ACTIVITY

I, the undersigned, Young D. Kim, declare that:

1.  I am employed by VStock Transfer, LLC as a Compliance Officer and by reason of my position am authorized and qualified to make this declaration.

2.  I am familiar with the company's recordkeeping practices or systems.

3.  Upon review of relevant documents and records, I certify that on July 15, 2015 the following document was placed in the Federal Express overnight mail in an appropriate, postage paid, sealed envelope:

    Certificate No. 1267 representing 600,000 shares of common stock of Ubiquity, Inc.

4.  I further certify that the documents submitted herewith are true copies of records that were:
    a.  made at or near the time of the occurrence of the matters set forth therein, by, or from information transmitted by, a person with knowledge of those matters;
    b.  kept in the course of regularly conducted business activity; and
    c.  made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on  March 16 , 2016 .

VStock Transfer, LLC

Young D. Kim
Compliance Officer

After printing this label:
CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

From: (212) 828-8436    Origin ID: PQUA    **FedEx** Express
SHIPPING DEPT
V STOCK TRANSFER
18 LAFAYETTE PL
WOODMERE, NY 11598

Ship Date: 15JUL15
ActWgt: 1.0 LB MAN
CAD: 0516767/CAFE2807

Delivery Address Bar Code

SHIP TO: (212) 828-8436    BILL SENDER

**KAY STRATEGIES INC**
**5405 SOLEDAD ROAD**

**LA JOLLA, CA 92037**

Ref# UBIQUITY 800K
Invoice #
PO#
Dept# ALISHA

THU - 16 JUL AA
STANDARD OVERNIGHT
ASR
92037
CA-US
SAN

TRK# 6435 3137 5025
0201



# XH SANA



# EXHIBIT "3"

KAY STRATEGIES, INC.
5405 SOLEDAD ROAD
LA JOLLA, CA 92037

ACCOUNT NUMBER:
CONTACT DATE: 07/14/2015
TAX ID: 20

| CERTIFICATE NUMBERS | ISSUE DATE | CANCEL DATE | DENOMINATION |
|---|---|---|---|
| 1267 | 07/14/2015 | | 600,000 |
| | | Balance: | 600,000 |

| BOOK-ENTRY | | ISSUE DATE | CANCEL DATE | DENOMINATION |
|---|---|---|---|---|
| * RSTR * | | 03/03/2015 | | 600,000 |
| * RSTR * | | 07/03/2015 | | 5,000 |
| * RSTR * | | | 07/14/2015 | - 600,000 |
| | | | Balance: | 5,000 |

| SHARES | COST | PURCHASE DT | MARKET | PROCEEDS | SALE DT | GIFT DT | GIFT FMV |
|---|---|---|---|---|---|---|---|
| 5,000.0000 | 5.00 | 07/03/2015 | UNKNOWN | | | | |
| 600,000.0000 | 330,000.00 | 03/03/2015 | UNKNOWN | | | | |
| 605,000.0000 | 330,005.00 | | 0.00 | | | | |

| SHARES | COST | PURCHASE DT | MARKET | PROCEEDS | SALE DT | GIFT DT | GIFT FMV |
|---|---|---|---|---|---|---|---|
| 600,000.0000 | 330,000.00 | 03/03/2015 | UNKNOWN | 330,000.00 | 07/14/2015 | | |



My Profile | Support | Locations | English | Search

Shipping    Tracking    Manage    Learn    FedEx Office ®                    Brenden Garrison

## FedEx ® Tracking

**643581375025**

Ship date:                                              Actual delivery:
Wed 7/15/2015                                           Wed 7/22/2015 11:51 am

WOODMERE, NY US              **Delivered**             LA JOLLA, CA US
                          Signed for by: R. WHEAT

### Travel History

| Date/Time | Activity | | Location |
|---|---|---|---|
| 7/22/2015 - Wednesday 11:51 am | Delivered | | LA JOLLA, CA |

### Shipment Facts

| | | | | |
|---|---|---|---|---|
| Tracking number | 643581375025 | | Service | FedEx Standard Overnight |
| Signature services | Adult signature required | | Shipper reference | UBIQUITY 600K |
| Special handling section | Deliver Weekday, Residential Delivery, Adult Signature Required | | | |

Search

### Customer Focus
New Customer Center
Small Business Center
Service Guide
Customer Support

### Company Information
About FedEx
Careers
Investor Relations

### Featured Services
FedEx Delivery Manager
FedEx SameDay
FedEx Home Delivery
Healthcare Solutions
Online Retail Solutions
Packaging Services
Ancillary Clearance Services

### Other Resources
FedEx Compatible
Developer Resource Center
FedEx Ship Manager Software
FedEx Mobile

### Companies
FedEx Express
FedEx Ground
FedEx Office
FedEx Freight
FedEx Custom Critical
FedEx Trade Networks
FedEx SupplyChain
FedEx TechConnect

### Follow FedEx

United States - English

© FedEx 1995-2016                          Global Home | Site Map | fedex.com Terms of Use | Security and Privacy