UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAY STRATEGIES, INC., et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>UBIQUITY, INC., et al.,<br><br>　　　　　　　　　　　Defendants. | CASE NO. 15-cv-2720-H-DHB<br><br>**ORDER SUBMITTING MOTION AND VACATING HEARING**<br><br>[Doc. Nos. 11 & 13] |

　　　On February 29, 2016, Defendants moved to dismiss Plaintiffs' first amended complaint. (Doc. Nos. 11 & 13.) The Court set the motions for hearing on March 28, 2016. Plaintiffs opposed Defendants' motions on March 14, 2016. (Doc. Nos. 14 & 15.) Defendants replied on March 18, 2016, (Doc. No. 18), and March 21, 2016, (Doc. No. 19). The Court finds the motions appropriate for resolution without oral argument under Civil Local Rule 7.1(d)(1), submits the motions on the papers, and vacates the March 28, 2016 hearing.

　　　**IT IS SO ORDERED.**

DATED: March 23, 2016

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT