**LAW OFFICES OF RANDALL S. WAIER**
**Randall S. Waier**, CSB 75430
20241 Birch Street, Suite 103
Newport Beach, CA  92660
(949) 476-2511

Attorneys for Defendants Ubiquity, Inc.; Chris Carmichael; Connie Carmichael; Brenden Garrison; Henry Blessley; and Nicholas Mitsakos

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Kay Strategies, Inc.**, a Nevada corporation, **Makaiwi & Associates, Inc.**, a Nevada corporation, **Result Corporation**, a Nevada corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>**Ubiquity, Inc.**, a Nevada corporation, **Chris Carmichael**, an individual, **Connie Carmichael**, an individual, **Brenden Garrison**, an individual, **Henry Blessley**, an individual, **Nicholas Mitsakos**, an individual, **Gregg E. Jacklin**, an individual, **Szaferman, Lakind, Blumstein & Blader, P.C.**, a New Jersey professional corporation,<br><br>Defendants. | CASE NO.  15CV2720-H-DHB<br><br>**DECLARATION OF CONNIE JORDAN (CARMICHAEL) IN SUPPORT OF THE MOTION TO DISMISS**<br>**[FRCP Rule 12(b)6]** |

DECLARATION OF CONNIE JORDAN (CARMICHAEL) - 1

I, *Connie Jordan (Carmichael),* declare:

1. I am the Executive Vice-President and a board member of Ubiquity, Inc. ("Ubiquity"). I also am a defendant in this litigation. I have personal knowledge of all facts set forth in my declaration. If called upon to do so, I would and could competently testify thereto. My office is located at Ubiquity's corporate headquarters at 9801 Research Drive, Irvine, California.

2. In connection with the settlement and release agreement dated February 25, 2015, Ubiquity Inc. caused to be issued to Kay Strategies, Inc. 600,000 shares of Ubiquity common Stock on March 3, 2015 though V Stock Transfer, LLC as represented in the book entry dated March 3, 2015.

3. On *March 10, 2015*, Ubiquity's Chief Financial Officer, Brenden Garrison, received confirmation from Christopher Weeks, by way of an e-mail, acknowledging the issuance of the 600,000 shares of Ubiquity stock on V-Stock's general ledger. V-Stock is Ubiquity's transfer agent in New York. An accurate copy of that March 10th e-mail is attached hereto as Exhibit "1."

4. On *July 16, 2015*, V Stock Transfer LLC issued Kay Strategies, Inc. Certificate number 1267 representing the 600,000 shares referenced in the February 25, 2105 settlement agreement. Attached hereto as Exhibit "2" is the "proof of Mailing" by V-Stock of the issuance of the 600,000 shares.

5. In connection with the Settlement Agreement dated July 3, 2015, Ubiquity caused 5,000 shares to be issued to Kay Strategies, Inc. on that date. Attached hereto as Exhibit "3" is a redacted V Stock Transfer "Total Holder Report" for the account of Kay Strategies disclosing that on July 3, 2015, 5000 shares issued to Kay Strategies were entered by way of a book entry by the transfer agent.

6. At no time has Kay Strategies ever offered to restore these shares to Ubiquity.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct. Executed at Irvine, California, on June 3, 2016.

_____
Connie Jordan (Carmichael)

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record for the Plaintiff's are being served with a copy of this document via electronic mail on this 3rd day of June, 2016.

/s/ Randall S. Waier