Heather L. Rosing, Bar No. 183986
Daniel S. Agle, Bar No. 251090
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
hrosing@klinedinstlaw.com
dagle@klinedinstlaw.com

Attorneys for Defendants
GREGG JACLIN and SZAFERMAN,
LAKIND, BLUMSTEIN & BLADER,
P.C.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

KAY STRATEGIES, INC., a
Nevada corporation; MAKAIWI &
ASSOCIATES, INC., a Nevada
corporation; JTS INVESTMENTS,
INC., a California corporation;
RESULT CORPORATION, a
Nevada corporation,

        Plaintiffs,,

        v.

UBIQUITY, INC., a Nevada
corporation; CHRIS
CARMICHAEL, an individual;
CONNIE CARMICHAEL, an
individual; BRENDEN
GARRISON, an individual;
HENRY BLESSLEY, an individual;
NICHOLAS MITSAKOS, an
individual; GREGG JACLIN, an
individual; and SZAFERMAN,
LAKIND, BLUMSTEIN &
BLADER, P.C., a New Jersey
professional corporation,

        Defendants.

Case No.   3:15-CV-2720-H- DHB

## CERTIFICATE OF SERVICE

Courtroom:          15A
Judge:              Marilyn L. Huff
Magistrate Judge:   David H. Bartick
Complaint Filed:    December 3, 2015
Trial Date:         None set

///

///

///

I declare that:

I am and was at the time of service of the papers herein, over the age of eighteen (18) years and am not a party to the action. I am employed in the County of San Diego, California, and my business address is 501 West Broadway, Suite 600, San Diego, California 92101.

On **August 15, 2016**, I caused to be served the following documents:

**GREGG JACLIN AND SZAFERMAN, LAKIND, BLUMSTEIN & BLADER, P.C.'S ANSWER TO SECOND AMENDED COMPLAINT**

☐ **BY REGULAR MAIL:** I caused such envelopes to be deposited in the United States mail, at San Diego, California, with postage thereon fully prepaid, individually, addressed to the parties as indicated. I am readily familiar with the firm's practice of collection and processing correspondence in mailing. It is deposited with the United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to. (Fed. R. Civ. P. 5(b)(2)(B).)

☐ **BY OVERNIGHT SERVICE:** I caused such envelopes to be delivered by Overnight/Express Mail Delivery to the addressee(s) noted in this Certificate of Service.

☐ **BY FACSIMILE TRANSMISSION:** I caused a true copy of the foregoing document(s) to be transmitted (by facsimile # ) to each of the parties mentioned above at the facsimile machine and as last given by that person on any document which he or she has filed in this action and served upon this office.

☒ **BY ELECTRONIC FILING SERVICE:** By electronically filing the foregoing document(s) using the CM/ECF system. Service of an electronically filed document upon a CM/ECF User who has consented to electronic service is deemed complete upon the transmission of the Notice of Electronic Filing ("NEF"). The NEF will be maintained with the original document(s) in our office.

☐ **BY PERSONAL SERVICE:** I served the person(s) listed below by leaving the documents, in an envelope or package clearly labeled to identify the person being served, to be personally served via Cal Express Attorney Service on the parties listed on the service list below at their designated business address.

    ☐  By personally delivering the copies;

    ☐  By leaving the copies at the attorney's office;

        ☐  With a receptionist, or with a person having charge thereof; or

        ☐  In a conspicuous place in the office between the hours of _____ in the morning and five in the afternoon;

1

☐    By leaving the copies at the individual's residence, a conspicuous place, between the hours of eight in the morning, and six in the afternoon.

I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

| | |
|---|---|
| Chandler G. Weeks, Esq.<br>Weeks Nelson<br>462 Stevens Avenue, Suite 310<br>Solana Beach, California 92075 | 858-794-2140/FAX 858-794-2141<br>office@weeksnelson.com<br>Attorneys for Plaintiffs |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at San Diego, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 15, 2016, at San Diego, California.

Tressa F. Weems

16505952v1

2