UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAY STRATEGIES, INC., et al., <br><br>Plaintiffs, <br><br>v. <br><br>UBIQUITY, INC., et al., <br><br>Defendants. | Case No.: 15cv2720-H (DHB) <br><br>**ORDER RESCHEDULING EARLY NEUTRAL EVALUATION CONFERENCE** |

On September 20, 2016, the parties jointly contacted chambers to discuss the scheduling of the Early Neutral Evaluation Conference. Accordingly, IT IS HEREBY ORDERED that the Early Neutral Evaluation Conference currently scheduled for October 13, 2016 shall be continued to **November 21, 2016** at **10:00 a.m.** The Conference shall be telephonic, with attorneys only. However, representatives of the parties must be available to be contacted by telephone throughout the duration of the Conference. Counsel shall use the Court's conferencing system:

```
Conference number:          (888) 684-8852
Access code:                2236596
Participant security code:  2720
```

///

///

///

1  All other guidelines and requirements pertaining to the ENE outlined in the Court's
2  August 22, 2016 Notice and Order for Early Neutral Evaluation Conference remain in
3  effect.  *See* ECF No. 33.
4  IT IS SO ORDERED.
5  Dated: 3:06 PM, Sep 21, 2016

DAVID H. BARTICK
United States Magistrate Judge